Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC.***

|  |  |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NURY IBANEZ,<br><br>                                     Plaintiff,<br><br>         -against-<br><br>BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., LIBERTY TERRACE CONDOMINIUM, MILFORD MANAGEMENT CORP., and MILSTEIN PROPERTIES CORP.,<br><br>                                     Defendants. | Case No.:<br>07-CV-5296 (AKH)<br><br><br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on September 10, 2007, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1. Notice of Appearance;

2. Notice of Adoption of Answer to Master Complaint of Lefrak Organization, Inc.; and

3. Notice of Adoption of Answer to Master Complaint of Hudson Towers Housing Co., Inc.

Dated: September 10, 2007

                                                                              _____
                                                                                    Brian A. Bender

245973.1