UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION : 21 MC 102 (AKH)

This order applies to Case Number:

07 Civ. 5296 (AKH)

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

### STIPULATION AND ORDER

By papers dated August 24, 2007, the parties to Case Number 07 Civ. 5296 (AKH) of the World Trade Center lower Manhattan Disaster Site litigation stipulate that each claim, cross-claim, and counter-claim asserted by and against defendant MILSTEIN PROPERTIES CORP., only, shall be and hereby are discontinued without prejudice and without costs to any party.

The parties further stipulate and agree that should evidence be discovered throughout the course of the litigation that determines that MILSTEIN PROPERTIES CORP. is a proper party to this suit, that plaintiffs may reinstitute the action without regard to the applicable statute of limitations, assuming the original action was timely commenced.

The stipulation is SO ORDERED.

Dated: Nov. 14, 2007
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

IN RE: LOWER MANHATTAN DISASTER           21 MC 102 (AKH)
SITE LITIGATION                            07 CV 05296
-----------------------------------------------------------

NURY IBANEZ,
                                           STIPULATION OF
                    Plaintiff              DISCONTINUANCE

-against-

MILSTEIN PROPERTIES CORP. et al

                    Defendants
-----------------------------------------------------------

It is hereby agreed, by and between the parties to the above-captioned action, that plaintiff in the above-captioned action hereby dismisses all claims against Defendant **Milstein Properties Corp.** only, without prejudice, pursuant to Rule 41 (a)(1)(i).

The parties further stipulate and agree that should evidence be discovered throughout the course of the litigation that determines that MILSTEIN PROPERTIES CORP. is a proper party to this suit, that plaintiffs may reinstitute the action without regard to the applicable statute of limitations, assuming the original action was timely commenced.

Dated: August 24, 2007

Christopher LoPalo, Esq.                   Gillian H. Kost, Esq.
Worby Groner Edelman & Napoli Bern, LLP    London Fischer LLP
*Attorneys for Plaintiffs*                 *Attorneys for Defendants*
115 Broadway, 12th Floor                   *Milstein Properties Corp.*
New York, New York 10006                   59 Maiden Lane, 41st Floor
                                           New York, NY 10038