UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER         21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-------------------------------------------------------------------x
NURY IBANEZ

                            Plaintiff,        Index No.: 07 CV 5296

       -against-                            **NOTICE OF APPEARANCE**

MILFORD MANAGEMENT CORP., *et al.*
                                                       **ELECTRONICALLY FILED**
                            Defendants.
-------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**MILFORD MANAGEMENT CORP., and THE BOARD OF MANAGERS OF LIBERTY TERRACE CONDOMINIUM, I/S/H/A "LIBERTY TERRACE CONDOMINIUM".**

I certify that I am admitted to practice in this court.


Dated:      New York, New York
              December 10, 2007


                                      LONDON FISCHER LLP
                   By:    _____
                                Gillian Hines Kost (GK-2880)
                                59 Maiden Lane
                                New York, New York 10038
                                Phone: (212) 972-1000
                                Fax: (212) 972-1030

*Attorney for Defendants*
**MILFORD MANAGEMENT CORP., and THE BOARD OF MANAGERS OF LIBERTY TERRACE CONDOMINIUM, I/S/H/A "LIBERTY TERRACE CONDOMINIUM".**

K: VGFutterman\WTC-Milstein\Plaintiff\Ibanez \Pleadings\Notice of Appearance